# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  **Sharon E Washington**  )  **Case 12 B 50473**
                                )
                                )  **Judge Timothy A Barnes**
        Debtor(s)               )

## NOTICE OF WITHDRAWAL

TO: Sharon E Washington, 12215 S Sangamon, Chicago, IL 60643
    Zalutsky & Pinski Ltd, 111 W Washington Ste 1550, Chicago IL 60602
    American Servicing Co, 1 Home Campus, MAC#X2302-04C, Bankruptcy Payment Processing, Des Moines, IA 50328

Please take notice that on June 15, 2017 there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division, the following in this action:

**Notice of Payment of Final Mortgage Cure, docket number 46**

Marilyn O Marshall, Chapter 13 Trustee, hereby withdraws the Notice of Payment of Final Mortgage Cure that was filed on June 15, 2017.

/s/Stewart A Chapman

## PROOF OF SERVICE VIA ECF PROCEDURES

Marilyn O Marshall, Standing Trustee
224 S. Michigan, Suite 800
Chicago, IL 60604-2500
312-431-1300